UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Direct Niche, LLC,  Case No. 15-cv-3971 (WMW/LIB)

    Plaintiff,

  v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Via Varejo S/A,

    Defendant.

---

This matter comes before the Court upon the May 6, 2016 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (Dkt. 6.) No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the magistrate judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The magistrate judge's May 6, 2016 Report and Recommendation, (Dkt. 6), is **ADOPTED**;

2. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 10, 2016                                           s/Wilhelmina M. Wright
                                                                           Wilhelmina M. Wright
                                                                           United States District Judge